**CHAPMAN LAW FIRM CO.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Harrington, Moran, Barksdale Inc., Defendant–Appellee.**

No. 05–5042.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2006.

Before RADER, SCHALL, and DYK, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.